**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ANDRE JAMES HARRIS,                                                                                         PLAINTIFF
ADC #144001,

v.                                       No. 5:13CV00284 JLH-JJV

LYDIA E. WILLIAMS, LPN II,
Delta Regional Unit; *et al.*                                                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.    Defendants' motion to dismiss is GRANTED. Document #15.

2.    Defendant Jackson is DISMISSED without prejudice from this cause of action for plaintiff's failure to exhaust his administrative remedies.

DATED this 5th day of March, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE