IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANDRE JAMES HARRIS,                                                                                    PLAINTIFF
ADC #144001

v.                                      No. 5:13CV00284-JLH-JJV

LYDIA E. WILLIAMS                                                                                      DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendant Williams is DISMISSED without prejudice;

2. Plaintiff's cause of action is DISMISSED without prejudice;

3. The Court should certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 29th day of July, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE