**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ANDRE JAMES HARRIS,                                                        PLAINTIFF
ADC #144001

v.                                        No. 5:13CV00284-JLH-JJV

LYDIA E. WILLIAMS                                                         DEFENDANT

## <u>JUDGMENT</u>

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is DISMISSED without prejudice.

DATED this 29th day of July, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE